Paul Swen Prior
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: sprior@swlaw.com

Attorneys for Defendant
Equifax Information Services LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOMCHAI NARULA,<br><br>          Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br><br>          Defendant. | CASE NO.  2:14-CV-01270-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

///

///

///

///

///

///

///

///

///

///

///

///

///

20568657

1         Pursuant to Fed R. Civ. P. 41(a)(1)(ii) and local rule 7-1 (b), it is hereby stipulated

2   between Plaintiff Somchai Narula and Defendant Equifax Information Services LLC, by and

3   through their respective counsel, that this action be dismissed with prejudice, with each side to

4   bear its own fees and costs.

5

6   DATED this 4th day of December, 2014.      DATED this 4th day of December, 2014.

7   MITCHELL D. GLINER, ESQ.         SNELL & WILMER L.L.P.

8

9   By:    */s/ Mitchell D. Gliner*          By:    */s/ Paul Swen Prior*
        Mitchell D. Gliner, Esq.                Paul Swen Prior

10          Nevada Bar No. 3419                Nevada Bar No. 9324
        3017 West Charleston Blvd., Suite #95     3883 Howard Hughes Parkway

11          Las Vegas, NV 89102                Suite 1100
        Telephone: (702) 870-8700           Las Vegas, NV 89169

12          Facsimile: (702) 870-0034           Telephone: (702) 784-5200
        mgliner@glinerlaw.com           Facsimile:  (702) 784-5252

13                                                  Email: sprior@swlaw.com
        *Attorney for Plaintiff*

14                                                  *Attorneys for Defendant*
                                              *Equifax Information Services LLC*

15

16

17                                        **ORDER**

18  IT IS SO ORDERED.

19  DATED this 10th day of December, 2014.

20                                      _____

21                                      RICHARD F. BOULWARE, II
                                    United States District Judge

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

20568657

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | CM/ECF | _____ | Overnight Mail |
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Electronic Service | | |

and addressed to the following:

Mitchell D. Gliner, Esq.
3017 West Charleston Blvd., Suite #95
Las Vegas, NV 89102
Telephone: (702) 870-8700
Facsimile: (702) 870-0034

Attorney for Plaintiff

DATED this 4th day of December, 2014.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

20568657